UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ARREGUIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and DOES 1 to 100,<br><br>　　　　　Defendants. | No. 2:15-cv-01540-GEB-EFB<br><br>**ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff seeks to proceed *in forma pauperis* ("IFP") in this action under 28 U.S.C. § 1915. (See Pl.'s IFP Appl., ECF No. 2.)

Plaintiff's application is incomplete. Plaintiff avers that he is unemployed but does not provide "the date of [his] last employment, the amount of [his] take-home salary or wages[,] . . . pay period[, or] the name and address of [his] last employer" as required under question No. 2(b) of the application. Therefore, Plaintiff's IFP application is denied without prejudice.

Dated:  July 28, 2015

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　　Senior United States District Judge

1