UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ARREGUIN,<br><br>        Plaintiff,<br><br>  v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and DOES 1 to 100,<br><br>        Defendants. | No. 2:15-cv-01540-GEB-EFB<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

        Plaintiff's August 6, 2015 "Application to Proceed without Prepayment of Fees and Affidavit," seeking approval under 28 U.S.C. § 1915 to proceed in this case *in forma pauperis* is granted.

Dated: August 12, 2015

                                                            _____
                                                            GARLAND E. BURRELL, JR.
                                                            Senior United States District Judge