UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ARREGUIN,<br><br>    Plaintiff,<br><br>  v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and DOES 1 to 100,<br><br>    Defendants. | No.  2:15-cv-01540-GEB-EFB<br><br><br>**ORDER** |

        The parties' joint request to continue the deadline by which Defendant must file a response to Plaintiff's Complaint and to continue the status conference date is granted. (See ECF No. 9.)

        Defendant Metropolitan Life Insurance Company shall file a responsive pleading to Plaintiff's Complaint no later than November 18, 2015. Further, the Status (Pretrial Scheduling) Conference scheduled for hearing on November 9, 2015, is continued to December 21, 2015, at 9:00 a.m. A joint status report shall be filed no later than fourteen (14) days prior to the Status Conference.

Dated:  November 5, 2015

                                                GARLAND E. BURRELL, JR.
                                                Senior United States District Judge

1