**DAVID ALLEN (SBN 87193)**
DAVID ALLEN & ASSOCIATES
5230 Folsom Boulevard
Sacramento, California 95819
(916) 455-4800 Telephone
(916) 451-5687 Facsimile

Attorneys for Plaintiff
MICHAEL ARREGUIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ARREGUIN, <br><br> Plaintiff, <br><br> v. <br><br> METROPOLITAN LIFE INSURANCE COMPANY, and DOES 1 to 100, <br><br> Defendants. | Case No. 2:15-cv-01540-GEB-EFB <br><br> NOTICE OF SETTLEMENT <br><br> Complaint Filed: July 17, 2015 |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that the parties to the above-entitled action reached a settlement which disposes of this matter in its entirety. The parties are in the process of finalizing the settlement documents, and anticipate that they will be in a position to file a stipulation for dismissal of all claims against all parties, with prejudice, within the next 30 days.

DATED: November 30, 2015           DAVID ALLEN & ASSOCIATES

                                   //s// David Allen

                                   By_____
                                        DAVID ALLEN
                                        Attorney for Plaintiff
                                        MICHAEL ARREGUIN