UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ARREGUIN,<br><br>        Plaintiff,<br><br>  v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and DOES 1 to 100,<br><br>        Defendants. | No.  2:15-cv-01540-GEB-EFB<br><br>**DISMISSAL ORDER** |

Plaintiff filed a "Notice of Settlement" on November 30, 2015, in which he states:

> the parties to the above-entitled action reached a settlement which disposes of this matter in its entirety. The parties are in the process of finalizing the settlement documents, and anticipate that they will be in a position to file a stipulation for dismissal of all claims against all parties, with prejudice, within the next 30 days.

(Notice of Settlement, ECF No. 12.)

Therefore, an Order was filed on December 3, 2015, which directed the parties to file a dispositional document no later than December 30, 2015. (Order, ECF No. 13.) That Order notified the parties that the failure to timely file a dispositional document could lead to dismissal of the action. Id.

1

1 | Since no dispositional document has been filed, and the
2 | parties have not provided any reason for the continued pendency
3 | of this action, this action is dismissed without prejudice.
4 | IT IS SO ORDERED.
5 | Dated: January 7, 2016

```
                              _____
                              GARLAND E. BURRELL, JR.
                              Senior United States District Judge
```