# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**MICHAEL ARREGUIN,**

                                                        CASE NO: **2:15–CV–01540–GEB–EFB**

              v.

**METROPOLITAN LIFE INSURANCE COMPANY,**

---

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

        **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 1/8/2016**

                                                **Marianne Matherly**
                                                Clerk of Court

ENTERED: **January 8, 2016**

                                      by: /s/ K. Zignago
                                                Deputy Clerk